In the Matter of ADELAIDE M. DELPRIORE, Respondent, against
RICHARD BALL et al., Constituting the Zoning Board of Appeals
of the Town of Amherst, County of Erie, Appellants.

Argued January 18, 1954; decided February 25, 1954.

*Leland G. Davis* for appellants.

*Robert D. Fernbach* for respondent.

Order affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.